**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENELL CAVER, | No.  1:25-cv-01069-JLT-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| JEFF MACOMBER, et al., | (Doc. 12) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2026, the assigned magistrate judge issued findings and recommendations, recommending that all claims be dismissed, except for Plaintiff's retaliation claim against Defendants Kimberly Miscia, Wendy Weiss, and Paula Michelini.  (Doc. 12.)  The findings and recommendations were served on Plaintiff, advised him that any objections were due within 14 days, and warned him that failure to timely file objections may result in the waiver of rights on appeal. (*Id*. at 2, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).)  Plaintiff did not file objections.  Moreover, Plaintiff previously advised the Court that he wanted to proceed only with his retaliation claim against Defendants Kimberly Miscia, Wendy Weiss, and

Paula Michelini. (Doc. 10.)

According to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS:**

1. The findings and recommendations issued on April 20, 2026, (Doc. 12), are **ADOPTED IN FULL.**

2. All claims are **DISMISSED**, except for Plaintiff's retaliation claim against Defendants Kimberly Miscia, Wendy Weiss, and Paula Michelini.

IT IS SO ORDERED.

Dated:   **May 15, 2026**

UNITED STATES DISTRICT JUDGE

2