# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DENELL CAVER,

Plaintiff,

v.

JEFF MACOMBER, et al.,

Defendants.

Case No. 1:25-cv-01069-JLT-SAB (PC)

ORDER DISCHARGING ORDER TO SHOW CAUSE

(ECF Nos. 26, 29, 30)

On September 2, 2026, the Court issued an order to show cause requiring Plaintiff to show cause in writing as to why Defendant Paula Michelini should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). (ECF No. 26.) On September 8, 2026, Plaintiff timely filed a response submitting to dismiss Defendant Paula Michelini without prejudice. (ECF Nos. 29, 30.) In light of the response, the Court will discharge the order to show cause and construe Plaintiff's response as a notice of voluntary dismissal of this action as to Defendant Paula Michelini.

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no

action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). In this action, Defendant Paula Michelini has not filed an answer, other responsive pleading, or motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that the September 2, 2026 order to show cause (ECF No. 26) is DISCHARGED. Furthermore, the Clerk of Court is HEREBY ORDERED to TERMINATE Defendant Paula Michelini in this action.

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge