UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENELL CAVER,<br>Plaintiff,<br><br>v.<br><br>JEFF MACOMBER, et al.,<br>Defendants. | 1:25-cv-01069-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **DENELL CAVER**, CDCR # T-10792, **VIA ZOOM VIDEO CONFERENCE**<br><br>DATE: November 18, 2026<br>TIME: 9:30 a.m. |

**Inmate Danell Caver, CDCR #T-10792**, a necessary and material participant on his behalf in a settlement conference on November 18, 2026, is confined at California State Prison, Los Angeles County in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference from his present institution before United States Magistrate Judge Barbara A. McAuliffe, on November 18, 2026, at 9:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the court proceedings or as ordered by the Court;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Los Angeles County**

**WE COMMAND** you to produce the inmate named above **to appear by Zoom video conference, along with any necessary legal property,** before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **October 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge