**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENELL CAVER,<br>Plaintiff,<br>v.<br>JEFF MACOMBER, et al.,<br>Defendants. | Case No.: 1:25-cv-01069-JLT-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING THE CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 28, 33) |

Plaintiff Denell Caver is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 8, 2026, the Court referred this action to alternative dispute resolution before United States Magistrate Barbara A. McAuliffe and stayed the action to allow the parties to investigate Plaintiff's claims, meet and confer, and then participate in a settlement conference. (ECF No. 28.) The Court advised defense counsel that counsel could opt-out of the settlement conference within thirty days. (Id.)

On October 23, 2026, Defendants filed a notice to opt out of the settlement conference. (ECF No. 33.) Defendants believe that a conference would be a waste of resources given the investigation. (Id.)

/ / /

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for November 18, 2026, before United States Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: **October 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge